UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PEGGY LEMONS | CIVIL ACTION NO. 5:20-cv-00394 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SOUTHSIDE TAX SERVICE, INC. d/b/a JOANN'S FASTER TAX SERVICE, INC., and JOANN'S FAST TAX SERVICE, INC. | MAGISTRATE JUDGE HORNSBY |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal R. Civ. Proc. 41(a)(1)(A)(ii), the parties hereby stipulate that this action be dismissed with prejudice and each party to bear its own costs and attorney's fees.

Respectfully submitted,

PETTIETTE, ARMAND, DUNKELMAN,
WOODLEY, BYRD & CROMWELL, L.L.P.

/s/Edwin H. Byrd, III
Edwin H. Byrd, III #19509
400 Texas Street, Ste. 400
Shreveport, LA 71166-1786
(318) 221-1800 Telephone
(318) 222-0390 Facsimile
Attorneys for Defendant, Southside Tax Service, Inc.

DOWNER, JONES, MARINO & WILHITE, L.L.C.

/s/Pamela R. Jones
Pamela R. Jones, La. Bar No. 19640
401 Market Street, Suite 1250
Shreveport, Louisiana 71101
Telephone: (318) 213-4444
Facsimile: (318) 213-4445
Email: pjones@dhw-law.com